## Chelecki, et al., Appellants, *v.* Galli, et al.

Argued April 18, 1975. *Harry Alan Sherman,* with him *Samuel Avins,* for appellants; *John E. Kunz,* and *Meyer, Darragh, Buckler, Bebenek & Eck,* submitted a brief for appellees.

Order and judgment affirmed.

## Clymire, Appellant, *v.* Howard P. Foley Company, et al.

Argued April 14, 1975. *Hymen Schlesinger,* for appellant; *Charles Kirshner* and *George M. Weis,* with them *Rosenberg, Kirshner & Kaleugher,* and *Weis & Weis,* for appellees.

Judgment affirmed.